UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeronimo Leyva, Jose Hernandez, and Miguel Leyva, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>- vs. -<br><br>San Diego Corp. d/b/a Extra Supermarket and John Does #1 - 10,<br><br>Defendants. | DOCKET NO. 18-cv-16488 (WJM) (MF) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Jeronimo Leyva, Jose Hernandez, and Miguel Leyva ("Plaintiffs"), and San Diego Corp. d/b/a Extra Supermarket ("Defendant"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: October 28 2019

SAMUEL & STEIN

By: _____
David Stein

38 West 32nd Street, Suite 1110
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiffs

COLE SCHOTZ P.C.

By: _____
Jamie P. Clare

25 Main Street
Hackensack, New Jersey 07601
(201) 525-6354
Attorneys for Defendant

SO ORDERED:

_____
Hon. William J. Martin, U.S.D.J.

11/6/19